# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JOSE MANUEL VARELA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. CIV-17-650-BMJ ) |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security Administration, | ) ) ) ) ) |
| Defendant. | ) |

## JUDGMENT

Pursuant to the Memorandum Opinion and Order filed separately this same date, the final decision of Defendant, Acting Commissioner of the Social Security Administration, denying Plaintiff's application for disability insurance benefits is AFFIRMED and judgment is entered in favor of Defendant.

ENTERED this 5th day of March, 2018.

_____
BERNARD M. JONES
UNITED STATES MAGISTRATE JUDGE